Form mddoth

**UNITED STATES BANKRUPTCY COURT**

Eastern District of Arkansas

In Re:     Jason Galiano
           Debtor

Case No.: 4:22–bk–10418
Chapter: 13
Judge: Phyllis M. Jones

MEMORANDUM OF DOCUMENT DEFICIENCY

TO: Matthew David Mentgen          Pleading Number: 1

The deficiency listed below was found in your recent filing. Please correct the deficiency within 48 hours of the date of this notice. Failure to cure this deficiency could result in the dismissal of this case, the pleading being stricken, or an order to show cause hearing set.

The Voluntary Petition document is incomplete. Please file an amended and complete document.

Dated: 2/18/22

Linda McCormack, Clerk
By: Michelle Jones
Deputy Clerk