# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0860–4 | User: admin | | Date Created: 2/18/2022 |
| Case: 4:22–bk–10418 | Form ID: 309I | | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Jason Galiano | 6929 JFK Blvd | North Little Rock, AR 72116 |
| ust | U.S. Trustee (ust) | Office Of U. S. Trustee | 200 W Capitol, Ste. 1200    Little Rock, AR 72201 |
| tr | Mark T. McCarty    Chapter 13 Standing Trustee    **Line 1: 877–951–7471 code4545532    Line 2: 877–692–1036 code7210329**    P.O. Box 5006    N. Little Rock, AR 72119–5006 | | |
| aty | Matthew David Mentgen    Mentgen Law    P.O. Box 164439    Little Rock, AR 72216 | | |
| 6737036 | ARKANSAS OTOLARYNGOLOgy    10201 Kanis Rd    Little Rock, AR 72205–6203 | | |
| 6737037 | ARKANSAS PEDIATRIC CLINIC    500 S University Ave Ste 200    Little Rock, AR 72205–5304 | | |
| 6737032 | Access Credit Management    PO Box 250531    Little Rock, AR 72225–0531 | | |
| 6737033 | Ally Financial    PO Box 130424    Roseville, MN 55113–0004 | | |
| 6737034 | Alpha Recovery    6912 S Quentin St Ste 10    Centennial, CO 80112–4531 | | |
| 6737035 | Arkansas DFA    Legal Counsel    PO Box 1272 Suite 2380    Little Rock, AR 72203–1272 | | |
| 6737038 | At&T    c/o Bankruptcy    1801 Valley View Ln    Farmers Branch, TX 75234–8906 | | |
| 6737039 | CENTERPOINT ENERGY    PO Box 1700    Houston, TX 77251–1700 | | |
| 6737041 | CREDIT ACCEPTANCE CORP    PO Box 5070    Southfield, MI 48086–5070 | | |
| 6737042 | CREDIT COLLECTION SERVIC    PO Box 607    Norwood, MA 02062–0607 | | |
| 6737040 | Conway Corporation    Billing    1307 Prairie St    Conway, AR 72034–5344 | | |
| 6737165 | Credit Acceptance    25505 W Twelve Mile Rd    Suite 3000    Suite 3000    Southfield, MI 48034 | | |
| 6737043 | Credit Control    PO Box 55165    Little Rock, AR 72215–5165 | | |
| 6737044 | Enhanced Recovery Company    8014 Bayberry Rd    Jacksonville, FL 32256–7412 | | |
| 6737046 | FIRST PREMIER BANK    3820 N Louise Ave    Sioux Falls, SD 57107–0145 | | |
| 6737045 | First Collection Services    PO Box 3564    Little Rock, AR 72203–3564 | | |
| 6737047 | Fountain Blue Apartments    4401 E 46th St    North Little Rock, AR 72117–1920 | | |
| 6737049 | GRANT & WEBER INC    5586 S Fort Apache Rd Ste 110    Las Vegas, NV 89148–7682 | | |
| 6737048 | Geico    1 Geico Plz    Bethesda, MD 20810–0001 | | |
| 6737050 | Heartland Tax Services    3612 John F Kennedy Blvd # 101    North Little Rock, AR 72116–8842 | | |
| 6737051 | Internal Revenue Service (V1–25–18)    Centralized Insolvency Operation    PO Box 7346    Philadelphia, PA 19101–7346 | | |
| 6737053 | LITTLE ROCK PEDIATRIC CLINI    500 S University Ave    Little Rock, AR 72205–5302 | | |
| 6737054 | MID SOUTH ADJUSTMENT C    316 W 6th Ave    Pine Bluff, AR 71601–4217 | | |
| 6737055 | Midsouth Adj    316 W 6th Ave Ste A    Pine Bluff, AR 71601–4217 | | |
| 6737056 | N Little Rock Emergency Doctors Group    11001 Executive Center Dr Ste 200    Little Rock, AR 72211–4393 | | |
| 6737057 | NLR Pediatric Dental Group    4605 Fairway Ave    North Little Rock, AR 72116–8052 | | |
| 6737058 | Simmons Bank    PO Box 3564    Little Rock, AR 72203–3564 | | |
| 6737059 | T–Mobile USA    by American InfoSource as agent    4515 N Santa Fe Ave    Oklahoma City, OK 73118–7901 | | |
| 6737062 | TIMOTHY R COOK MD    4509 E McCain Blvd    North Little Rock, AR 72117–2902 | | |
| 6737061 | Thrive Argenta    211 E 4th St    North Little Rock, AR 72114–5401 | | |
| 6737063 | VERIZON WIRELESS – SOUTH    PO Box 26055    Minneapolis, MN 55426–0055 | | |
| 6737064 | Westrock Orthodontics    4901 Warden Rd    North Little Rock, AR 72116–7013 | | |
| 6737060 | the bridgeway hospital    21 Bridgeway Rd    North Little Rock, AR 72113–9514 | | |

TOTAL: 37