IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re: Jason Galiano               Case No. 4:22-bk-10418
Debtor                                              Chapter 13

### MOTION TO REINSTATE CASE

**COMES NOW** Jason Galiano (**"Debtor"**), by and through his attorney, Matthew D. Mentgen, and for his Motion to Reinstate Case states as follows:

1. That Debtor filed a petition seeking relief under Chapter 13 of Title 11 of the United States Code on <pet.case.commenced>.

2. That this case was dismissed on April 11, 2022, for Failure to Comply with an Order of Deficiency.

3. That, **Debtor** wishes to have his case reinstated for the sole purpose of converting this case to a Chapter 7 case.

4. That **Debtor** will convert his case to a Chapter 7 case within 5 days of an order granting this motion.

**WHEREFORE,** debtor, Jason Galiano, prays that this motion be granted and for all other just and proper relief to which **Debtor** may be entitled.

Respectfully submitted,

/s/ Matthew D Mentgen
Matthew D. Mentgen
Arkansas Bar No.: 2008096
matthew@YourDebtAttorney.com
Mentgen Law
PO Box 164439
Little Rock, AR 72216
(501) 441-5014