UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: JASON GALIANO, Debtor          CASE NO. 4:22-bk-10418
                                                                                                                                       CHAPTER 7

## ORDER GRANTING SECOND MOTION TO EXTEND TIME
## TO FILE REAFFIRMATION AGREEMENT

Upon the Court's consideration of the Second Motion to Extend Time to File Reaffirmation Agreement (Doc#: 75), filed by the Plaintiff, Auto Credit Xpress, LLC ("Auto Credit"), by and through its attorneys, Ramsay, Bridgforth, Robinson and Raley LLP, this Court finds as follows:

1. The time to file a reaffirmation agreement in this matter should be, and is hereby, extended through March 18, 2023.

IT IS SO ORDERED

_____
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 02/21/2023

PREPARED AND APPROVED:

RAMSAY, BRIDGFORTH, ROBINSON
AND RALEY LLP
Post Office Box 8509
Pine Bluff, Arkansas 71611
(870) 535-9000
Email: pbennett@ramsaylaw.com
Attorneys for Auto Credit Xpress, LLC


By__/s/ Paul T. Bennett _____
      Paul T. Bennett      2001247